UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. MICHAEL GIUNTA, Crim. No. 02-423 (RBK)

## PETITION FOR
## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum           ( ) Ad Testificandum

1. **MICHAEL GIUNTA, SBI No. 544922C**, (hereinafter the "Detainee") is now confined at the Central Reception and Assignment Facility, Trenton, New Jersey.

2. The Detainee is charged in this District by: ( ) Indictment    ( ) Information    ( ) Complaint
   ( X ) Petition for violation of supervised release or probation

3. The Detainee will be retained in federal custody until final disposition of federal charges as a sentence is currently being served at the detaining facility.

4. The Detainee will be required at the United States District Court, Mitchell H. Cohen Federal Courthouse, 4th and Cooper Street, Camden, New Jersey, before the Honorable Robert B. Kugler, U.S. District Judge, on **Wednesday, December 15, 2010**, at **10:00 a.m.**, for a Violation of Supervised Release hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: December 2, 2010

Kevin T. Smith
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: December 2, 2010

KAREN M. WILLIAMS
United States Magistrate Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Central Reception and Assignment Facility, New Jersey Department of Corrections, and United States Marshal, District of New Jersey:

WE COMMAND YOU that you have the body of

**MICHAEL GIUNTA,**

now confined at the Central Reception and Assignment Facility, Trenton, New Jersey, brought before the United States District Court, the Hon. Robert B. Kugler, U.S.D.J., in the U.S. District Court, 4th and Cooper Streets, Camden, NJ, on **Wednesday, December 15, 2010**, at **10:00 a.m.**, in civilian clothes, so that the Detainee may attend a Violation of Supervised Release Hearing in the above-captioned matter.

Immediately upon completion of the proceeding, the Detainee will be retained in federal custody until final disposition of federal charges as a sentence is currently being served at the detaining facility.

       WITNESS the Honorable  KAREN M. WILLIAMS
       United States Magistrate Judge
       Camden, New Jersey.

DATED:  December 2, 2010       WILLIAM T. WALSH
                                    Clerk of the U.S. District Court
                                    for the District of New Jersey

                                    Per: _____
                                               Deputy Clerk